EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 15 2004
at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00025 HG |
| Plaintiff, ) | INDICTMENT |
| v. ) | |
| DWAYNE GOUVEIA, (01) ) <br> and ) <br> GAVIEN DANIEL, (02) ) | [21 U.S.C. §§ 841(a)(1) <br> 841(b)(1)(A)] |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

On or about January 7, 2004, in the District of Hawaii and elsewhere, the defendants, DWAYNE GOUVEIA and GAVIEN DANIEL knowingly and intentionally attempted to possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its

isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: JAN 15, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney