EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 29 2004

at 3 o'clock and 10 min P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00025HG |
| --- | --- | --- |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846] |
| DWAYNE GOUVEIA, (01) | ) | |
| GAVIEN DANIEL, (02) | ) | |
| and | ) | |
| GREGORY TROUT, (03) | ) | |
| Defendants. | ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 7, 2004, in the District of Hawaii and elsewhere, the defendants, DWAYNE GOUVEIA and GAVIEN DANIEL knowingly and intentionally attempted to possess with the intent to distribute 50 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT 2

The Grand Jury further charges:

From a date unknown, but at least by on or about January 5, 2004 to on or about January 7, 2004, in the District of Hawaii and elsewhere, the defendants, DWAYNE GOUVEIA, GAVIEN DANIEL, and GREGORY TROUT conspired together and with others unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

//
//
//
//
//
//
//
//
//
//

All in violation of Title 21, United States Code, Sections 846, 841(a), and 841(b)(1)(A).

DATED: 28 January 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section


_____
LORETTA SHEEHAN
Assistant U.S. Attorney

3